

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Jamey Justin Smith, Appellant | Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 28,912). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |
| No. 06-14-00042-CR     v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Jamey Justin Smith, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 23, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk